[No. 9814-1-III. Division Three. November 6, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON L. STACKHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01149-0, F. James Gavin, J., entered January 27, 1989. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 10120-7-III. Division Three. November 8, 1990.]

JOHN F. RITTERBUSCH, ET AL, *Appellants*, v. WENATCHEE VALLEY CLINIC, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 88-2-00350-0, John E. Bridges, J., entered July 3, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.

[No. 10015-4-III. Division Three. November 8, 1990.]

*In the Matter of the Estate of* MIRIAM MAY BROWN.

LOIS E. DUGGER, *Appellant*, v. MELVIN LEWIN, *as Executor, Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-4-00043-0, Albert J. Yencopal, J., entered April 13, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.